Appeal No.    2021AP447-CR

Cir. Ct. No.  2016CF321

STATE OF WISCONSIN

IN COURT OF APPEALS
DISTRICT IV

STATE OF WISCONSIN,

PLAINTIFF-RESPONDENT,

v.

SHANE ALLAN STROIK,

DEFENDANT-APPELLANT.

FILED

March 31, 2022

Sheila T. Reiff
Clerk of Court of Appeals

## ERRATA SHEET

Sheila T. Reiff
Clerk of Court of Appeals
Electronic Notice

Court of Appeals District I
Electronic Notice

Court of Appeals District II
Electronic Notice

Court of Appeals District III
Electronic Notice

Court of Appeals District IV
Electronic Notice

Christina Plum, Sarah Motiff
Court of Appeals
Electronic Notice

Hon. Robert J. Shannon
Circuit Court Judge
Electronic Notice

Lisa M. Roth
Clerk of Circuit Court
Portage County Courthouse
Electronic Notice

Tristan Breedlove
Electronic Notice

Loryn Lange Limoges
Electronic Notice

PLEASE TAKE NOTICE that a footnote was added to paragraph 22 in the above-captioned opinion which was released on February 24, 2022. A corrected electronic version in its entirety is available on the court's website at www.wicourts.gov.